# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

13 JAN 16 PM 2:57

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>GABRIEL RODRIGUEZ-ARROYO,<br><br>                    Defendant. | CASE NO. 12-cr-04913-H<br><br>**JUDGMENT OF DISMISSAL** |

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**_x_** an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

**_X_** of the offense(s) as charged in the Indictment/Information:

21 USC 952 and 960 - Importation of Cocaine (Felony)(1)

---

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 1/15/13

Bernard G. Skomal
U.S. Magistrate Judge